**Nancy Lee BOGART, Plaintiff–
Appellant,**

v.

**COMMISSIONER OF SOCIAL
SECURITY, Defendant–
Appellee.**

No. 00–2413.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2001.

Decided March 19, 2001.

Nancy Lee Bogart, pro se. Sharon Maria Fugett, United States Department of Health & Human Services, Baltimore, MD, for appellee.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Nancy Lee Bogart appeals the district court's order granting the Commissioner's motion for summary judgment in Bogart's appeal from the denial of Social Security disability benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bogart v. Commissioner of Social Security,* No. CA–99–632–A (E.D.Va. Oct. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*